DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN XOLO MERLIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1031

[October 5, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 13000405CF10A.

Felipe Jaramillo of The Law Office of Felipe Jaramillo, P.A., Fort Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***